# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 2, 2018

### NO. 03-17-00308-CV

**Douglas Brannick and Joyce Brannick, Appellants**

**v.**

**Aurora Loan Services, LLC; Aurora Bank, FSB; Nationstar Mortgage, LLC; and Citibank, N.A., as Trustee for Lehman XS Trustmortgage Pass-Through Certificates, Series 2006-7, Appellees**

---

**APPEAL FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND
AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE BOURLAND**

---

This is an appeal from the judgment signed by the trial court on February 13, 2017. The Court's opinion and judgment dated July 13, 2018 are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.